JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone: 541-419-0074
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE TIMOTHY STEVENSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Comm'r of Social Security, ) <br> ) <br> Defendant, ) <br> ) <br> _____) | Case No. 2:15-cv-00463-CKD <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to June 25, 2015, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel recently experienced health problems that caused a backlog in her workload.

**Stevenson v. Colvin**                                                                                   **Stipulation and Proposed Order**
**E.D. Cal. 2:15-cv-00463-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  May 21, 2015    JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date:  May 22, 2015    BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration


*/s/\*Scott J. Borrowman*
SCOTT J. BORROWMAN
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant


ORDER

APPROVED AND SO ORDERED

Dated:  May 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE