JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE TIMOTHY STEVENSON,      ) | |
| ) | Case No. 2:15-cv-00463-CKD |
| Plaintiff,      ) | |
| ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v.      ) | **TO FILE OPENING BRIEF** |
| ) | |
| CAROLYN W. COLVIN,      ) | |
| Acting Comm'r of Social Security,      ) | |
| ) | |
| Defendant,      ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 days to July 9, 2015, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second and last request for an extension.  The extension is requested because Plaintiff's counsel is experiencing a backload in her workload that she is in the process of resolving.

**Stevenson v. Colvin**                                                        Stipulation and Proposed Order
**E.D. Cal. 2:15-cv-00463-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                  Respectfully submitted,

Date:  June 24, 2015　　　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　Attorney at Law


　　　　　　　　　　　　　　　　　　*/s/Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Date:  June 25, 2015　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　DONNA L. CALVERT
　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　Social Security Administration


　　　　　　　　　　　　　　　　　　*/s/\*Scott J. Borrowman*
　　　　　　　　　　　　　　　　　　SCOTT J. BORROWMAN
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　*By email authorization

　　　　　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　　　　　　　　　ORDER

APPROVED AND SO ORDERED

Dated:  June 26, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


**Stevenson v. Colvin**　　　　　　　　　　　　　　　　　　**Stipulation and Proposed Order**
**E.D. Cal. 2:15-cv-00463-CKD**